MEMORANDUM OPINION

Affirmed.

388 P.3d 51

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Mitchell A. BURGE, Defendant–Appellant**

**NO. CAAP–15–0000645**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 25, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 14–1–0423)

SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 51

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Contangent EZRA, Defendant–Appellant**

**NO. CAAP–15–0000868**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 27, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (Honolulu Division) (CASE NO. 1DCW–15–0002529)

SUMMARY DISPOSITION ORDER

Vacate. Remand.

388 P.3d 51

**STATE of Hawai'i, Plaintiff–appellee,**

v.

**Anthony REZENTES, Defendant–appellant**

**NO. CAAP–15–0000294**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 28, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT 'EWA DIVISION (CASE NO. IDTC–14–055712)

SUMMARY DISPOSITION ORDER

Reversed.

388 P.3d 51

**ONEWEST BANK, N.A., Plaintiff–Appellee,**

v.

**Warren Robert WEGESEND, Sr. and Thelldine Linmoe Wegesend, Defendants–Appellants,**

and

**FEDERAL DEPOSIT INSURANCE CORPORATION, As Receiver for Washington Mutual Bank and Mililani Town Association, Defendants–Appellees,**

and

**John DOES 1–50, Jane Does 1–50, Doe Partnerships 1–50, Doe Corporations 1–50, Doe Entities 1–50, and Doe Governmental Units 1–50, Defendants**

**NO. CAAP–15–0000882**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 31, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 13–1–0909)

264

## MEMORANDUM OPINION

Affirmed.

388 P.3d 52

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Gregory Fowler HAAS, Defendant–Appellant**

**NO. CAAP–15–0000906**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 31, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CR. NO. 12–1–002K)

## SUMMARY DISPOSITION ORDER

Affirm.

388 P.3d 52

**Debra LEITE–HULAMA,**
Claimant/Appellant/Appellant

v.

**CHILD AND FAMILY SERVICES,**
Employer/Appellee/Appellee,

and

**Hawaii Employers' Mutual Insurance Company, Insurance Carrier/Appellee/Appellee**

**NO. CAAP–15–0000551**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 2, 2016.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD (CASE NO. AB 2014–156(H) (DCD NO. 1–08–00585))

## SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 52

**Jaimes Demarco and Cheryl DEMARCO,**
Plaintiffs–Appellants,

v.

**MAUI BEACH RESORT LIMITED PARTNERSHIP, a Delaware limited partnership; Northwest Maui Corporation, a Delaware corporation; Fidelity National Title & Escrow of Hawaii, a Hawai'i corporation; Title Guaranty Escrow Services, Inc., a Hawai'i corporation, Defendants–Appellees,**

and

**DOES 1–10, inclusive, Defendants**

**NOS. CAAP–15–0000907
CAAP–15–0000588**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 10, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 10–1–1315)

## MEMORANDUM OPINION

Affirmed.

388 P.3d 52

**IN the INTEREST OF RC**

**NO. CAAP-16-0000061**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 10, 2016.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC–S NO. 14–00111)